Lee Ferguson, In Pro Se,
Perry Sandberg, In Pro Se,
leeferguson30@hotmail.com
5110 119th Pl Ne
Marysville WA 98271
360-722-6727

30 Aug 2023

U.S. District Court Clerk,
U.S. District Court, Western District
700 Stewart St.
Seattle WA 98101

FILED
LODGED
RECEIVED
MAIL

AUG 3 1 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Re: IFP forms delivered and copy of hand written complaint request

Clerk,

  Enclosed are two IFP forms that belong with the initial paper for the filing fee. The initial visit on Monday which of course was a deadline for us as far as claims go, and a disaster we thought. But, hope is not gone. The gentlemen there helped us and he is thanked here.

  I was in Pacer to initiate that first per the Pro Se guide etc., but did not get the e-mail within the 15 minutes. I hope to resolve that this evening and finish to complete the balance and get approved. However, these two IFP's are needed for you to "move the papers along".

  How do I get a copy of the hastily written "Complaint", "Libel", that I wrote on the table in front of the window there? I know I could get one right there however, fuel to get there and service calls here to go on in just a few minutes are an issue today, and I am not yet approved for the Pro Se access to the court's system yet. Otherwise this would be very easy. I've got full control of my faculties required here and onward, to be held to attorney standards mentioned in the court's Pro Se handbook.

  I wish to correct or amend the embarrassing first paper. Professional appearance in the Judge or Magistrate review of our IFPs and future In Rem substance review dictate I do so immediately even though as a practice matter that hand written "Libel" may have to travel everywhere it must go along with its companion, a properly generated and rule compliant "Co-Libel" if I may use that term here.

  I have enclosed a check, a postage pre-paid, U.S. Mail, First Class envelope for return of a copy of the "Libel" of the intakes from the drop box last Monday.

  I apologize for not appearing on 30 Aug. yesterday as I simply had to go on service calls to live and pay the bills.

  The additional question I have is; Since both of us are not in the electronic system until approved, and papers must follow a "movement" flow, may this letter serve as a formal request of both of us to stay (or slow?), the flow (to the Judge) for *the IFP waiver review,* until you receive the corrected Libel so that we at a bare minimum have the appearance of professionalism, the respect due the court Judges, Magistrates and to the clerks office? It shall be just a small part indicating our efforts to overcome the display of unprofessional conduct of hand writing such an important item because of OUR issues that day and no one else.

  The mail time from you to us of that Libel its return here plus one day mail back to you, is the time I refer to. At this time there will be no prepared summons for case management reasons reviewer will understand.

Regards,

Lee Ferguson, and for Perry Sandberg, lf

AUG 31 2023

US DISTRICT COURT
COURT CLERK
700 Stewart St.
Seattle WA 98101

Lee Ferguson
5110 119th Pl Ne
Marysville WA 98271

UNITED STATES POSTAL SERVICE

Retail

US POSTAGE PAID
$9.35
Origin: 98223
08/30/23
5404350180-13

PRIORITY MAIL®

0 Lb 2.20 Oz
RDC 01
C028

EXPECTED DELIVERY DAY: 08/31/23

SHIP TO:
700 STEWART ST
SEATTLE WA 98101-4439

USPS TRACKING® #
9505 5159 0788 3242 2212 26



Lee Ferguson
5110 119th Pl Ne
Marysville WA 98271

US DISTRICT COURT
COURT CLERK
700 Stewart St.
Seattle WA 98101