UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE FERGUSON, *et al.*,

Plaintiffs,

v.

F/V THE PORN STAR, *et al.*,

Defendants.

Case No. C23-1338 JNW

REPORT AND RECOMMENDATION

On August 31, 2023, Plaintiffs Lee Ferguson and Perry Sandberg each filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. ## 3-4.) Because Mr. Ferguson represented that he was "not unable to pay" and could pay the filing fee within sixty days, and the filing fee need be paid only once regardless of the number of plaintiffs, this Court issued a Report and Recommendation recommending both IFP applications be denied with sixty days to pay the filing fee. (Dkt. # 6.) That Report and Recommendation remains pending.

On November 3, 2023, Mr. Ferguson filed an amended IFP application explaining that his financial situation has worsened and he is no longer able to afford the filing fee. (Dkt. # 8 at 2.) Having reviewed Mr. Sandberg's IFP application and Mr. Ferguson's amended IFP

application, the Court concludes that Plaintiffs do not appear to have funds available to afford the $402.00 filing fee. Plaintiffs shall note that leave to proceed as a pauper does not necessarily entitle them to a waiver of any other cost(s) of litigation.

Accordingly, the Court recommends the previous Report and Recommendation (dkt. # 6) be stricken and Plaintiffs' applications to proceed IFP (dkt. ## 3, 8) be GRANTED. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 24, 2023**.

The Clerk is directed to send copies of this Order to Plaintiffs and to the Honorable Jamal N. Whitehead.

Dated this 9th day of November, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge