UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE FERGUSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> F/V THE PORN STAR, *et al.*, <br><br> Defendants. | Case No. C23-1338 JNW <br><br> ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The prior Report and Recommendation (dkt. # 6) is STRICKEN.

(3) Plaintiffs' applications to proceed IFP (dkt. ## 3, 8) are GRANTED.

**The summonses shall not be issued in this case until directed by the Court.** The Clerk is directed to send copies of this Order to Plaintiffs and to Judge Peterson.

ORDER - 1

Dated this 31st day of May, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2